UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

PHILLIP SEARS,
    Plaintiff,

v.

LAW OFFICES OF ADAM M. CAIN, LLC,
    Defendant.

CIVIL ACTION NO.:
2:15-cv-00139-WCO-JCF

NOW COMES **LAW OFFICES OF ADAM M. CAIN, LLC** ("Defendant") and hereby files its Answer in the above captioned cases as follows

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred by the doctrine of waiver and release.

### THIRD DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

### FOURTH DEFENSE

Insofar as the evidence adduced may authorize, Defendant asserts the defense of unclean hands.

### FIFTH DEFENSE

Insofar as the evidence adduced may authorize, Defendant asserts the defense of *in pari delicto*.

### SIXTH DEFENSE

Insofar as the evidence adduced may authorize, Defendant asserts the defense of laches.

## SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because of the failure of a condition precedent.

## EIGHTH DEFENSE

The Plaintiff has brought this action in the improper jurisdiction and venue.

## NINTH DEFENSE

At all times, Defendant has acted in good faith toward Plaintiff.

## TENTH DEFENSE

Defendant reserves the right to raise additional affirmative defenses as may be discovered during the course of these proceedings.

## ELEVENTH DEFENSE

Except as specifically admitted below, Defendant denies each and every allegation in the Complaint.

## ANSWER

Defendant answers each of the numbered paragraphs of the Complaint as follows:

1. Defendant denies the allegations contained in Paragraph 1 of the Complaint.
2. Defendant denies the allegations contained in Paragraph 2 of the Complaint.
3. Defendant admits the allegations contained in Paragraph 3 of the Complaint.
4. Defendant denies the allegations contained in Paragraph 4 of the Complaint.
5. Defendant denies the allegations contained in Paragraph 5 of the Complaint.
6. Defendant denies the allegations contained in Paragraph 6 of the Complaint because the Plaintiff did not dispute said debt until well after this action was filed.

7. Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in Paragraph 8 of the Complaint as stated.

9. Defendant denies the allegations contained in Paragraph 9 of the Complaint as stated.

10. Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12. Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in Paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in Paragraph 17 of the Complaint.

WHEREFORE, Defendant prays for relief as follows:

A. That the Court dismiss the Plaintiff's Complaint, and each and every claim and count thereof, with prejudice, that judgment be entered in favor of Choice Point, and that Plaintiff take nothing by this action;

B. For Defendant's attorney's fees, expenses and costs incurred in connection with this action pursuant to O.C.G.A. § 13-6-11;

C. Such other and further relief as this Court deems just and proper.

This 27th day of July, 2015.

Law Offices of Adam M. Cain, LLC
345 W. Hancock Ave.
Athens, GA 30601
706-206-7310
amcain@adamcainlaw.com

_____
Adam M. Cain
Attorney for Defendant
GA Bar No. 102150

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| PHILLIP SEARS,<br>    Plaintiff,<br><br>v.<br><br>LAW OFFICES OF ADAM M. CAIN, LLC,<br>    Defendant. | CIVIL ACTION NO.:<br>2:15-cv-00139-WCO-JCF |

CERTIFICATE OF SERVICE

The undersigned counsel for **COLLECTION SERVICES OF ATHENS, INC** (**"Defendant"**) in the above-styled action hereby certifies that he has this day served a copy of the **ANSWER** on the following by depositing same in the United States Mail in properly addressed envelopes with adequate postage to:

Bernard T. Kennedy, Esquire
P.O. Box 673
Blairsville, Georgia  30512

This 27th day of July, 2015

Law Offices of Adam M. Cain, LLC
345 W. Hancock Ave.
Athens, GA 30601
706-206-7310
amcain@adamcainlaw.com

_____
Adam M. Cain
Attorney for Defendant
*GA Bar No. 102150*